**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVAN TYLER SMITH,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al*.,<br>Respondents. | Case No. 5:26-cv-06384-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Evan Tyler Smith is a 56-year-old native and citizen of Belize. ECF 1 at 2. Petitioner has resided in the United States for approximately 30 years. *Id*. In November 2014, an Immigration Judge granted withholding of removal. *Id*. Petitioner has lived in the United States since then with his wife and three sons and does not have a criminal history. *Id.* Petitioner has remained subject to immigration supervision and complied with all conditions. *Id.*

On October 13, 2026, Petitioner was arrested and detained by Immigration and Customs Enforcement (check-in) at a scheduled check-in. *Id.* Petitioner was not given any notice of revocation of his release or a pre-detention custody hearing. *Id*. at 2. He is currently detained at the Adelanto ICE Processing Center. *Id.* at 3.

Petitioner now brings the instant habeas petition, alleging that his statutory and constitutional rights have been violated, based on his unlawful arrest and detention.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that has now passed. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Evan Tyler Smith (A# 078-442-296) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: November 9, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE